UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| NANCY HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:04-CV-318 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| THE PANTRY, INCORPORATED AND ) | |
| THE PANTRY, INCORPORATED ) | |
| d/b/a , GOLDEN GALLON #3596 ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

In accordance with the accompanying Memorandum, the Court hereby **GRANTS** Defendant's Motion for Summary Judgment (Court File No. 1). The Clerk is further **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**